# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

JACQUELINE WAYNE,                )
     Petitioner, )
         )
v.          )  Civil Case No. 05-1256-CV-W-FJG
         )  Criminal Case No. 04-0056-CR-W-FJG
UNITED STATES OF AMERICA, )
     Respondent. )
         )

## ORDER

   Pending before the Court is petitioner's Motion for Discovery (Doc. No. 2). Petitioner seeks review of the government's file in *United States v. Jacqueline Wayne*, 04-0056-CR-W-FJG, noting that the government's file "is voluminous and contains financial records which are critical to her defense in the criminal case."

   Respondent notes that on January 7, 2005, petitioner entered a guilty plea and was sentenced on May 12, 2005. On May 31, 2005, petitioner filed a request to extend the time to file a notice of appeal and to obtain discovery of the government's file in the criminal case. This Court denied petitioner's request for discovery in the criminal matter on June 27, 2005. See Doc. No. 27 in Case No. 04-0056-CR-W-FJG. Respondent further asserts that petitioner's motion for discovery is vague and non-specific, and does not comply with the requirements of Rule 6 of the Federal Rules Governing Section 2255 proceedings. In particular, respondent states that the request does not demonstrate "good cause" for discovery as required under Rule 6(a), nor does the request explain why discovery would benefit her claim as required under Rule 6(b).

The Court agrees with respondent that petitioner's request does not demonstrate good cause for the discovery sought, nor does it explain how the discovery sought would benefit her claim. Therefore, petitioner's motion for discovery (Doc. No. 2) is **DENIED**.

**IT IS SO ORDERED.**

    /s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge

Dated:   January 9, 2006   .
Kansas City, Missouri.