# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE WAYNE, )<br>         Petitioner, )<br>         )<br>v. )<br>         )<br>UNITED STATES OF AMERICA, )<br>         Respondent. )<br>         ) | Civil Case No. 05-1256-CV-W-FJG<br>Criminal Case No. 04-0056-CR-W-FJG |

## ORDER

Pending before the Court is petitioner's Motion for Reconsideration of Order Denying Discovery (Doc. No. 7). For the reasons stated in respondent's suggestions in opposition (Doc. No. 8), petitioner's motion for reconsideration (Doc. No. 7) is **DENIED.**

    **IT IS SO ORDERED.**

                                                 /s/ FERNANDO J. GAITAN, JR.
                                                 Fernando J. Gaitan, Jr.
                                                 United States District Judge

Dated: February 1, 2006
Kansas City, Missouri